## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of

Case Number: 16-CV-23283

Plaintiff:
**REDOUANE FOUISSI AND OTHER SIMILARLY SITUATED INDIVIDUALS**

vs.

Defendant:
**H. TRANDING CORP D/B/A STEVE MARKET 2 F/K/A STEVE MARKET 2
INC; JALAI HAJYOUSEF; AND OMAR HAJJE**

For:
R. Martin Saenz, Esq
Saenz & Anderson, PLLC
20900 Ne 30th Ave
Ste 800
Miami, FL 33180

Received by Lindsay Legal Services, Inc on the 2nd day of August, 2016 at 12:02 pm to be served on
**OMAR HAJJE, 6804 NW 15TH AVE, MIAMI, FL 33147.**

I, Joseph R. Dion, do hereby affirm that on the **22nd day of August, 2016 at 4:30 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION
AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **OMAR HAJJE** at the
address of: **6804 NW 15TH AVE, MIAMI, FL 33147**, and informed said person of the contents therein, in
compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process
Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I
declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY
REQUIRED PURSUANT TO F.S.92.525(2)

Joseph R. Dion
2259

**Lindsay Legal Services, Inc
7105 SW 8th Street
Suite 307
Miami, FL 33144
(305) 273-0317**

Our Job Serial Number: RLA-2016001359

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t