## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of

Case Number: 16-CV-23283

Plaintiff:
REDOUANE FOUISSI AND OTHER SIMILARLY SITUATED INDIVIDUALS

vs.

Defendant:
H. TRANDING CORP D/B/A STEVE MARKET 2 F/K/A STEVE MARKET 2 INC; JALAI HAJYOUSEF; AND OMAR HAJJE

For:
R. Martin Saenz, Esq
Saenz & Anderson, PLLC
20900 Ne 30th Ave
Ste 800
Miami, FL 33180

Received by Lindsay Legal Services, Inc on the 2nd day of August, 2016 at 12:02 pm to be served on H. TRADING CORP C/O OMAR HAJJE; 6804 NW 15TH AVE, MIAMI, FL 33147.

I, Joseph R. Dion, do hereby affirm that on the 22nd day of August, 2016 at 3:52 pm, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MOHAMED ALASARI** as **CASHIER** for H. TRADING CORP, at the address of: **6804 NW 15TH AVE, MIAMI, FL 33147**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

Joseph R. Dion
2259

Lindsay Legal Services, Inc
7105 SW 8th Street
Suite 307
Miami, FL 33144
(305) 273-0317

Our Job Serial Number: RLA-2016001358

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t