UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 16-23283-Civ-Scola

REDOUANE FOUISSI, and other similarly situated individuals,

        Plaintiff(s),

v.

H. TRADING CORP. d/b/a Steve Market 2 f/k/a Steve Market 2 Inc.; JALAI HAJYOUSEF; and OMAR HAJJE,

        Defendants.

NOTICE OF JOINT LIABILITY

Plaintiff, REDOUANE FOUISSI (the "Plaintiff"), pursuant to Court's order dated September 19, 2016 ( D.E. # 15) hereby files a Notice of Joint Liability and states:

1. Plaintiff filed a suit against Defendants, H. TRADING CORP. d/b/a Steve Market 2 f/k/a Steve Market 2 Inc. ( "Steve Market 2" ) ; JALAI HAJYOUSEF ( "Hajyousef", individually ) ; and OMAR HAJJE ( " Hajje" , individually) (collectively the "Defendants").

2. Plaintiff alleged that the Defendants violated the FLSA overtime provisions when they failed to pay him overtime (D.E. # 1). Plaintiff alleges that Defendants are employers within the meaning of the FLSA (D.E. # 1 at ¶¶ 7-24).

3. Plaintiff additionally alleges Steve Market 2 and Hajje are liable for his retaliatory discharge in violation of the FLSA (D.E. # 1 at ¶¶ 25-35).

4. Default has been entered as to all three Defendants. Frow v. De La Vega, 82 U.S. (15 Wall.) 552 (1872) is inapposite inasmuch as all of the Defendants in this case have defaulted and

there is no possibility of inconsistent liability as to the Defendants. Therefore, Plaintiff respectfully submits that the Court can proceed to issue a final default judgment as to all.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been served on this September 27, 2016 via U.S. mail to:

H. TRADING CORP.
d/b/a Steve Market 2 f/k/a Steve Market 2 Inc
6804N.W 15th Avenue
Miami, Florida 33147

OMAR HAJJE
6804N.W 15th Avenue
Miami, Florida 33147

JALAI HAJYOUSEF
6804N.W 15th Avenue
Miami, Florida 33147

By: __s/R. Martin Saenz_____
R. Martin Saenz, Esq.
Fla. Bar No.: 0640166
Andres Rivera-Ortiz, Esq.
Fla. Bar No.: 373478
THE SAENZ LAW FIRM, P.A.
20900 N.E. 30th Avenue, Ste 800
Aventura, Florida 33180
Telephone: 305.503.5131
Facsimile:  888.270.5549
Attorneys for Plaintiff