UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 16-23283-Civ-SCOLA

REDOUANE FOUISSI, and other similarly situated individuals,

    Plaintiff(s),

v.

H. TRADING CORP. d/b/a Steve Market 2 f/k/a Steve Market 2 Inc.; JALAI HAJYOUSEF; and OMAR HAJJE,

    Defendants.

## DECLARATION OF REDOUANE FOUISSI IN SUPPORT OF MOTION FOR MOTION FOR DEFAULT JUDGMENT

1. My name is REDOUANE FOUISSI and I am the Plaintiff in the above-styled action.

2. I was hired by the Defendants, H. TRADING CORP. d/b/a Steve Market 2 f/k/a Steve Market 2 Inc.; JALAI HAJYOUSEF; and OMAR HAJJE, (the "Defendants"), as an cashier from approximately 05/02/2015 through late March of 2016.

3. While employed by the Defendants, I worked an average of 84 hours per week, but the Defendants only paid me straight time for each hour I worked at $11.00 per hour. In other words, the Defendants failed to pay 44 hours of overtime at ½ times or $5.50 each week that I worked for the Defendants.

4. I am owed $11,616.00 in unpaid overtime for the period I was employed by the Defendants.

5. My attorney told me that the Defendants' actions entitled me to two times $11,616.00 or $23,232.00 from the Defendants plus attorney's fees and costs. Therefore, I am owed $23,232.00 in overtime and liquidated damages.

6. Additionally, I was discharged by the Defendants, as stated in my complaint, because I insisted that they pay me overtime. I was paid $11.00/hr and worked 84 hours a week. With overtime my weekly wages should have been $1166.00/ week, as I stated in my Statement of Claim (see D.E. # 9). Twenty eight (28) weeks have elapsed since my discharge at the end of March 2016 until the end of October 2016. Lost wages for that period are $32,648.00 ($1166.00/wk x 28 weeks). I have earned around $7000.00 as an UBER driver since my discharge. I am therefore owed $25,648.00 in wages ($32,648.00 - $7,000.00). I am also entitled to liquidated in an equal amount of my wages which would bring the amount to $51,296.00.

7. I cannot return to work for Defendants because any future working relationship will be disrupted by discord and antagonism. When I was fired I was forced to call the police to force Defendants to pay me money that they deducted, and Defendants still refused to pay me overtime. My complaints led to my discharge. The Defendants have apparently ignored this lawsuit and have failed to file any papers in response.

8. I believe that these circumstances warrant a finding that an order requiring my reinstatement is not practical in this case and instead I should be granted a year of front pay. That would amount to $60,632.00 ($1166/wk x 52 weeks).

Under penalty of perjury under the laws of the United States, I declare that I have read the foregoing declaration and the facts stated therein are true and correct to the best of my knowledge and belief.

Date: 11-2, 16

REDOUANE FOUISSI