DC 11 (Rev. 11/2002) Writ of Execution

# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT Southern District of Florida |
|---|---|

**TO THE MARSHAL OF:** Southern District of Florida

Case No. 16-civ-23283-Scola

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**

H. Trading Corp. d/b/a Steve Market 2, Omar Hajje, and Jalai Hajyouseff,
6804 NW 15th Avenue, Miami, FL 33147

FILED by UM D.C.

NOV 23 2016

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| One Hundred Fourty One Thousand Three Hundred and Fifty-Five | and | 00/100 |

in the United States District Court for the **Southern** District of **Florida**,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

H. Trading Corp. d/b/a Steve Market 2,
6804 NW 15th Avenue, Miami, FL 33147

and also the costs that may accrue under this writ.
  And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT Southern |
|---|---|
| CITY | DATE 11/22/2016 |

Witness the Honorable _____
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| NOV 23 2016 | Steven M. Larimore |
| | (BY) DEPUTY CLERK |
| | [signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |